**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

ERIC WENDELL HOLLOMAN,

    Plaintiff,

v.                                        Case No. 3:14-cv-864-J-32JBT

JACKSONVILLE TRANSPORTATION
AUTHORITY,

    Defendant.

## O R D E R

This case is before the Court on Plaintiff Eric Wendell Holloman's Affidavit of Indigency (Doc. 2), which the Court construes as a motion to proceed in forma pauperis. On September 29, 2014, the assigned United States Magistrate Judge issued a Report and Recommendation recommending that the motion be denied and the case dismissed without prejudice. (Doc. 7.)

No party has filed an objection to the Report and Recommendation, and the time in which to do so has passed. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(2); M.D. Fla. R. 6.02(a). Upon de novo review of the file, the Court agrees with the Report and Recommendation. Accordingly, it is hereby

**ORDERED**:

1. The Report and Recommendation (Doc. 7) of the Magistrate Judge is **ADOPTED** as the opinion of the Court.

2. The motion to proceed in forma pauperis (Doc. 2) is **DENIED**.

3. The case is **DISMISSED without prejudice**. The Clerk should close the file.

**DONE AND ORDERED** at Jacksonville, Florida this 4th day of November, 2014.

TIMOTHY J. CORRIGAN
United States District Judge

bjb
Copies to:

Honorable Joel B. Toomey
United States Magistrate Judge

Pro se plaintiff